No. 96–9238. WILLIAMS v. THALACKER, SUPERINTENDENT, NORTH CENTRAL CORRECTIONAL FACILITY. C. A. 8th Cir. Certiorari denied.

No. 96–9240. WILSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9241. WALKER v. APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–9242. WELSAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–9245. CARLSON v. UNITED STATES;
No. 97–5056. BREWER v. UNITED STATES; and
No. 97–5159. HUBERT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 110 F. 3d 793.

No. 96–9246. HAIGHT v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 96–9248. ELMORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9249. FINKLEA v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 96–9250. SHROFF v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–9251. PERKINS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–9252. SHROFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9253. PARKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9254. SCHWARZ v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–9256. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.